

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ANGELO FLEMING  )
Plaintiff(s)  )
V.  )   Civil Action No.   3:13-CV-549 JVB
COMMERCIAL RECOVERY SYSTEMS INC  )
Defendant(s)  )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff(s) ANGELO FLEMING recover from the defendant(s) COMMERCIAL RECOVERY SYSTEMS INC the amount of Three Thousand Three Hundred Forty-Three and 50/100--------------------------dollars ($ 3,343.50), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of .14 %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S Van Bokkelen on a motion for default judgment.

Date   March 31, 2014

*CLERK OF COURT*

s/ Shirley Paulson
*Signature of Clerk or Deputy Clerk*